**08 C 1338**

**JUDGE KENNELLY
MAGISTRATE JUDGE MASON**

# EXHIBIT C

EXHIBIT "D"

ASSIGNMENT AND ASSUMPTION OF ASSUMED LIABILITIES

This Assignment and Assumption is made by and between RAS BUILDERS, INC., a _____ corporation ("Assignor") and _____ ("Assignee") this _____ day of _____, 2004, in connection with the purchase and sale of certain assets of Assignor.

WHEREAS:

A. Assignor is the seller of certain assets ("Assets") owned by Seller and used in its construction business ("Business").

B. Assignor and Assignee have entered into a certain Asset Purchase Agreement dated _____ ("Agreement") for the sale of the Assets (for purposes of this Assignment and Assumption, initially capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Agreement); and

C. In connection with the conveyance of the Assets by the Assignor to Assignee, Assignee has agreed to assume certain liabilities accruing out of operation of Assignor's business with respect to said Assets ("Assumed Liabilities").

THEREFORE:

In consideration for Ten Dollars ($10.00) in hand paid, and other good and valuable consideration, the receipt of which is hereby acknowledged, the parties hereby agree to the following:

1. Assignor hereby assigns, transfers, sets over and conveys to Assignee the Assumed Liabilities specifically listed on Schedule "D-1".

2. Excluding the Assumed Liabilities, Assignor shall remain liable to fulfill, perform and discharge all other obligations relating to the Assets arising prior to the date hereof and its Business ("Retained Liabilities"). Assignor shall defend, indemnify and hold harmless Assignee from any liability, damages, causes of action, expenses and reasonable attorneys' fees incurred by Assignee by reason of the failure of Assignor to fulfill, perform and discharge all of its obligations relating to the Assets which arose prior to the date hereof.

3. Assignee shall be liable to pay, settle, perform and discharge the Assumed Liabilities. Assignee shall defend, indemnify and hold harmless Assignor from any liability, damages, causes of action, expenses and reasonable attorneys' fees incurred by Assignor by reason of the failure of Assignee to pay, settle and discharge the Assumed Liabilities.

4. This Assignment shall be binding upon and inure to benefit of Assignor, Assignee and their respective heirs, successors and assigns.

IN WITNESS WHEREOF, Assignor and Assignee have executed this Assignment and Assumption this ___ day of _____, 2004, which Assignment is effective this date.

ASSIGNOR: RAS BUILDERS, INC.

By: _____
Its: _____

ASSIGNEE: ENGLEWOOD CONSTRUCTION, INC.

By: _____
Its: President

SCHEDULE 1.4

ASSUMED LIABILITIES

| JOB NO. | NAME | ADDRESS | CITY | STATE | ZIP | ANTICIPATED ACCOUNTS RECEIVABLE | ANTICIPATED ACCOUNTS PAYABLE | ANTICIPATED DEFICIT |
|---|---|---|---|---|---|---|---|---|
| 04.0059 | HARLEM FURNITURE | 2525 HARLEM AVENUE | CHICAGO | IL | 60607 | $ 297,886.10 | $ 417,632.58 | $ (119,746.48) |
| 04.0103 | CHAMPPS RESTAURANT | 16165 S. LAGRANGE ROAD | ORLAND PARK | IL | 60467 | $ 275,000.00 | $ 472,459.00 | $ (197,459.00) |
| 04.0124 | STIR CRAZY | 28252 DIEHL ROAD | WARRENVILLE | IL | 60555 | $ - | $ 23,484.00 | $ (23,484.00) |
| 04.0252 | T MOBILE | 315 ROUTE 206 | HILLSBOROUGH | NJ | 08844 | $ 6,068.00 | $ 18,716.00 | $ (12,648.00) |
| 04.0267 | DISCOUNT TIRE | 785 E. BOUGHTON ROAD | BOLINGBROOK | IL | 60440 | $ 169,811.20 | $ 396,829.40 | $ (227,018.20) |
| 04.0298 | RED ROOF INN | 2580 CROOKS ROAD | ROCHESTER HILLS | MI | 48309 | $ 153,876.00 | $ 199,585.00 | $ (45,709.00) |
| 04.0299 | RED ROOF INN | 24300 SINCOLA COURT, NE | FARMINGTON HILLS | MI | 48335 | $ 91,567.00 | $ 149,792.00 | $ (58,225.00) |
| 04.0300 | RED ROOF INN | 3100 LITTLE MACK AVENUE | ROSEVILLE | MI | 48066 | $ 119,141.00 | $ 231,327.00 | $ (112,186.00) |
| 04.0301 | OAK BROOK TERRACE | 18066 W. 22ND STREET | OAK BROOK | IL | 60523 | $ - | $ 54,307.00 | $ (54,307.00) |
| 04.0321 | SHOPPES @ FARMINGTON ALT. | SHOPPES @ FARMINGTON | CANTON | CT | 06019 | $ 456,171.43 | $ 569,171.43 | $ (113,000.00) |
| 04.0326 | RED ROOF INN | 2350 ROCHESTER ROAD | TROY | MI | 48083 | $ 252,112.00 | $ 255,164.00 | $ (3,052.00) |
| 04.0367 | GIORGIO ARMANI | CHICAGO PREMIUM OUTLETS | AURORA | IL | 60504 | $ 117,465.23 | $ 193,932.19 | $ (76,466.96) |
| 04.0373 | NAUTICA | CHICAGO PREMIUM OUTLETS | AURORA | IL | 60504 | $ 26,181.00 | $ 56,295.00 | $ (30,114.00) |
| | | | | | | $1,965,278.96 | $3,038,694.60 | $ (1,073,415.64) |

1.4 - 1