## United States District Court for the Northern District of Illinois

Case Number: 08cv1338　　　　　Assigned/Issued By: j. n.

Judge Name: 　　　　　　　　　　Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*　☐ $350.00　　☐ $39.00　　☐ $5.00

　　　　　　　☐ IFP　　　　☐ No Fee　　☐ Other _____

　　　　　　　☐ $455.00

Number of Service Copies _____　　　Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____　　Receipt #: _____

Date Payment Rec'd: _____　　Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons　　　　　　　　　　　　☐ Alias Summons

☐ Third Party Summons　　　　　　　☐ Lis Pendens

☐ Non Wage Garnishment Summons　　　☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons　　_____

☐ Citation to Discover Assets　　　　　(Victim, Against and $ Amount)

☐ Writ _____
　　　(Type of Writ)

_1_ Original and _0_ copies on _3-10-08_ as to ENGLEWOOD CONSTRUCTION, INC.
　　　　　　　　　　　　　　(Date)

---

C:\wpwin80\docket\feeinfo.frm　　03/14/05