AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Halle Properties, L.L.C.

|  |  |
|---|---|
| CASE NUMBER: | 08cv1338 |

V.

ASSIGNED JUDGE: Kennelly

Englewood Construction, Inc.

DESIGNATED
MAGISTRATE JUDGE: Mason

TO: (Name and address of Defendant)

Englewood Construction, Inc.
C/O MS Registered Agent SVC Inc.
191 N. Wacker Dr, Suite 1800
Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paula K. Jacobi
Sugar, Friedberg & Felsenthal LLP
30 N. La Salle Street, Suite 3000
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

*(signature)*

-----------------------------
**(BY) DEPUTY CLERK**

**March 10, 2008**
-----------------------------
**Date**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### CASE NO. 08CV1338
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Justin Turner**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.

That he served the within:

( X ) Summons & Complaint
(   ) Citation to Discover Assets
(   ) Rule to Show Cause
(   ) Subpoena
(   ) Other:

1.    (   ) By leaving a copy with the named party, ------- personally on -------.

2.    (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3.    ( X ) On the within party, **Englewood Construction, Inc., c/o MS Registered Agent SVC Inc.** by leaving a copy with **Harold Dembo, Attorney and Authorized Person**, on **March 12, 2008**, and informed that person of the contents thereof.

4.    ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Male**          RACE: **Caucasian**          APPROXIMATE AGE: **55**

5.    ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **191 N. Wacker Dr., Ste. 1800, Chicago, IL 60606**
TIME OF DAY: **11:01 AM**

6.    (   ) That he was unable to serve the within named party ------- located at -------- for the reason: -------

Signed and Sworn to before me
This **12**th day of **March 2008**.

Justin Turner
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11