# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1338 | **DATE** | 3/21/2008 |
| **CASE TITLE** | Halle Properties LLC vs. Englewood Construction, Inc. | | |

**DOCKET ENTRY TEXT**

The complaint in this case, which is filed in this Court based on diversity of citizenship, does not identify the principal place(s) of business of the corporation(s) identified in paragraphs 1b & c of the complaint as members of the plaintiff LLC, or of the defendant corporation. Plaintiff is directed to file an amended complaint by 4/10/08 correcting these defects. If plaintiff fails to do so, the Court will dismiss the case for lack fo subject matter jurisdiction.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|

Case 1:08-cv-01338    Document 6    Filed 03/21/2008    Page 1 of 1

08C1338 Halle Properties LLC vs. Englewood Construction, Inc.                                                     Page 1 of 1