IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| HALLE PROPERTIES, L.L.C., an Arizona limited liability company, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | No. 08cv1338 |
| ENGLEWOOD CONSTRUCTION, INC., an Illinois corporation, | ) ) ) | |
| *Defendant*. | ) | |

### CERTIFICATE OF SERVICE

I, Craig Coleman, non-attorney, certify that I caused to be served a copy of the attached **Court Order,** upon the following party, by U.S. Mail, and Certified Mail on March 25, 2008 before the hour of 5:00 p.m.:

William DiSanto
C/O Englewood Construction
9747 West Foster Avenue
Schiller Park, IL 60176

Englewood Construction
C/O MS Registered Agent SVC Inc.
191 N. Wacker Dr., Suite 1800
Chicago, IL 60606

_____
Craig Coleman

127556

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1338 | **DATE** | 3/24/2008 |
| **CASE TITLE** | Halle Properties, LLC vs. Englewood Construction | | |

**DOCKET ENTRY TEXT**

Status hearing set to 9:00 a.m. on **May 7, 2008** before Judge Kennelly, in Chambers, Room 2188. Parties are to review and comply with Judge Kennelly's standing initial order, which may be found on his web page, located http://www.ilnd.uscourt.gov at http://www.ilnd.uscourts.gov/JUDGE/KENNELLY/mfkpage.htm. Counsel for plaintiff (s) are ordered to cause a copy of this order to be delivered forthwith to each defendant in the same manner that summons has been or is being served on each defendant.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DS |
|---|---|---|