IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Halle Properties, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 1338 |
| v. | ) | |
| | ) | Judge Kennelly |
| Englewood Construction, Inc., | ) | Magistrate Judge Mason |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S AGREED MOTION FOR
ADDITIONAL TIME TO RESPOND TO COMPLAINT**

Defendant Englewood Construction, Inc., by its attorneys, move this Court for leave to respond to Plaintiff's Complaint at Law on or before April 22, 2008. In support of this agreed motion, Defendant states as follows:

1. Plaintiff filed its complaint on March 5, 2008 and served Defendant on March 12, 2008. Accordingly, Defendant's answer would be due on or about April 1, 2008.

2. Defendant filed its appearance on March 26, 2008.

3. Since counsel has only recently been retained and is still in the process of investigating the facts of this case, Defendant will need additional time to prepare an appropriate response.

4. On March 26, 2008, Defendant's counsel e-mailed Plaintiff's counsel requesting additional time to answer or otherwise plead. Plaintiff's counsel agreed to the additional time.

WHEREFORE, Defendant requests that this Court extend the time for Defendant to respond to the Complaint at Law to on or before April 22, 2008.

                                **Englewood Construction, Inc.**
                                **Defendant**


                                **By:** /s/Edward D. Shapiro
                                    **One of Their Attorneys**

Edward D. Shapiro
Lorne T. Saeks
Christopher J. Petelle
**Much Shelist Denenberg**
  **Ament & Rubenstein PC**
191 North Wacker Drive
Suite 1800
Chicago, Illinois 60601
312-521-2000