IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Halle Properties, L.L.C., )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>Englewood Construction, Inc., )<br>)<br>Defendant. ) | No. 08 C 1338<br><br>Judge Kennelly<br>Magistrate Judge Mason |

## NOTICE OF AGREED MOTION

PLEASE TAKE NOTICE that on April 2, 2008 at 9:30 a.m., we shall appear before the Honorable Judge Matthew F. Kennelly in Courtroom 2103 located at the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Defendant's Agreed Motion for Additional Time to Respond to Complaint at Law.** A copy of the motion accompanies this notice.

                                                 Englewood Construction, Inc.
                                                 **Defendant**

                                                 **By: /s/Edward D. Shapiro**
                                                    **One of Its Attorneys**

Edward D. Shapiro
Lorne T. Saeks
Christopher J. Petelle
**Much Shelist Denenberg**
   **Ament & Rubenstein PC**
191 North Wacker Drive
Suite 1800
Chicago, Illinois 60601
312-521-2000

## CERTIFICATE OF SERVICE

Edward D. Shapiro, an attorney, certifies that he caused **Defendant's Agreed Motion for Additional Time to Respond to Complaint at Law** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following recipients on this 27th day of March, 2008:

To:   Jonathan L. Mills
      Sugar, Friedberg & Felsenthal LLP
      30 North LaSalle Street
      Suite 3000
      Chicago, Illinois 60602
      jmills@sff-law.com

                              /s/ Edward D. Shapiro

754528_1