# EXHIBIT D

Case 1:08-cv-01338 Document 15-5 Filed 04/09/2008 Page 2 of 2
Case 1:06-cv-06353 Document 47 Filed 01/31/2008 Page 1 of 1
Case 1:06-cv-06353 Document 41-4 Filed 01/17/2008 Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HALLE PROPERTIES, L.L.C., an Arizona limited liability company,<br>*Plaintiff,*<br><br>v.<br><br>R.A.S. BUILDERS, INC., a Colorado corporation,<br>*Defendant.* | )<br>)<br>)<br>)<br>) No. 06 C 6353<br>)<br>) Judge Matthew F. Kennelly<br>)<br>) |

### ORDER

THIS MATTER COMING TO BE HEARD on Plaintiff/Judgment Creditor Halle Properties, L.L.C.'s ("Halle") <u>Motion for Turnover Through Assignment to Judgment Creditor of Defendant's Contract Right</u> (the "Motion"); due notice having been given to all entitled thereto; and this Court being fully advised in the premises:

IT IS HEREBY ORDERED:

(1) The Motion is granted;

(2) All of RAS' rights, title and interest in and to the Contract Indemnity[1] for Job 04.0267 and all proceeds thereof are hereby assigned and turned over to Halle; and

(3) The Judgment shall be satisfied in an amount equal to the proceeds of the Contract Indemnity that Halle receives from prosecution thereof <u>less</u> Halle's costs of obtaining said proceeds.

ENTERED:

Dated: 1/31, 2008

Honorable Matthew F. Kennelly

---

[1] All terms not defined herein, shall have the same meaning as defined in the Motion.

124815-1