IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HALLE PROPERTIES, L.L.C., an Arizona limited liability company,<br>    *Plaintiff*,<br><br>    v.<br><br>ENGLEWOOD CONSTRUCTION, INC., an Illinois corporation,<br>    *Defendant*. | No. 08 C 1338<br>Honorable Judge Matthew F. Kennelly |

### NOTICE OF FILING

TO:   See Service List

     PLEASE TAKE NOTICE that on April 9, 2008, we filed with the United States District Court for the Northern District of Illinois, the **FIRST AMENDED COMPLAINT**, a copy of which is attached hereto and hereby served upon you.

                  Respectfully submitted,

                  **HALLE PROPERTIES, L.L.C.**

                  By: */s/ Paula K. Jacobi*
                     One of its attorneys

*Paula K. Jacobi*
*Shelly A. DeRousse*
*Jonathan L. Mills*
SUGAR FRIEDBERG & FELSENTHAL LLP
Counsel for Plaintiff
30 North LaSalle Street, Suite 3000
Chicago, Illinois 60602
(312) 704-9400

128080-1

## **CERTIFICATE OF SERVICE**

  I, Kendra L. Hewitt, a non-attorney, state under penalty of perjury, that I caused to be served on April 9, 2008 a true and correct copies of this Notice of Filing and **FIRST AMENDED COMPLAINT** upon the following:

  By electronic mail service pursuant to the Court's CM/ECF system, on the following counsel, on April 9, 2008:

    Lorne Todd Saeks  lsaeks@muchshelist.com, nwallace@muchshelist.com

    Edward David Shapiro  eshapiro@muchshelist.com, dbraun@muchshelist.com

    Christopher James Petelle cpetelle@muchshelist.com,nwallace@muchshelist.com

  By U.S. Mail, on the following counsel, on April 9, 2008:

MUCH SHELIST DENENBERG AMENT & RUBENSTEIN, P.C.
Edward D. Shapiro
Lorne T. Saeks
Christopher J. Petelle
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606-1615


                */s/ Kendra L Hewitt*
                Kendra L. Hewitt

128080-1