# EXHIBIT 1

**Colorado Secretary of State**
**BUSINESS CENTER**

Elections Center | Business Center | Information Center | Licensing Center | Secretary of State Home

**For this Record...**
- History & Documents
- File Document
- Email Notification

- Business Home
- Business Information
- Business Search

- FAQs
- Glossary

# Summary

| | |
|---|---|
| ID Number: | 19871388558 |
| Name: | R.A.S. BUILDERS, INC., Delinquent February 1, 2006 |
| | |
| Registered Agent: | R. A. SHUPE |
| Registered Agent Street Address: | 3555 S. Sherman, Unit 6, ENGLEWOOD, CO 80113, United States |
| Registered Agent Mailing Address: | |
| | |
| Principal Office Street Address: | 3555 S. Sherman, Unit 6, ENGLEWOOD, CO 80113, United States |
| Principal Office Mailing Address: | |
| | |
| Status: | Delinquent |
| Form: | Corporation |
| Jurisdiction: | Colorado |
| Formation Date: | 12/31/1979 |
| Term of Duration: | Perpetual |
| Annual Report Month: | December |

You may:
- View History and Documents
- File a Document
- Set Up Email Notification

[ Previous Page ]

Colorado Secretary of State
BUSINESS CENTER

Elections Center | Business Center | Information Center | Licensing Center | Secretary of State Home

# History and Documents

**For this Record...**
File Document
Email Notification

Business Home
Business Information
Business Search

FAQs
Glossary

ID number:

[<Prev 20]

1 2

**Found 33 matching record(s). Viewing page 2 of 2.**

| # | Event | Date Filed | Date Posted | EffectiveDate | Document # (click to view) | Comment |
|---|---|---|---|---|---|---|
| 21 | Periodic Report | 12/17/2002 | 12/17/2002 | 12/17/2002 12:00 AM | 20021350432 | CORP REPORT |
| 22 | Report Printed | 03/23/2004 | 03/23/2004 | 03/23/2004 12:00 AM | | PR - 03/31/2004 - DA 05/31/2004 |
| 23 | Periodic Report | 04/05/2004 | 04/05/2004 | 04/05/2004 12:00 AM | 20041122427 | PERIODIC REPORT |
| 24 | postcard notification printed 11/20/2004 to be mailed 12/01/2004 | 11/20/2004 | 11/20/2004 | 11/20/2004 02:12 AM | | annual report due: 02/28/2005 |
| 25 | Change in Status | 03/07/2005 | 03/07/2005 | 03/07/2005 09:47 AM | | Failure to file annual report |
| 26 | postcard notification printed 03/23/2005 to be mailed 04/01/2005 | 03/23/2005 | 03/23/2005 | 03/23/2005 01:41 AM | | annual report due: 05/31/2005 |
| 27 | Annual Report | 03/25/2005 | 03/25/2005 | 03/25/2005 01:29 PM | 20051127637 | Change of Registered Agent Address / Change of Entity Address |
| 28 | postcard notification printed 11/21/2005 to be mailed 12/01/2005 | 11/21/2005 | 11/21/2005 | 11/21/2005 02:27 AM | | annual report due: 02/28/2006 |
| 29 | Change in Status | 03/01/2006 | 03/01/2006 | 03/01/2006 01:31 AM | | Failure to file annual report |
| 30 | postcard notification printed 03/22/2006 to be mailed 04/01/2006 | 03/22/2006 | 03/22/2006 | 03/22/2006 01:51 AM | | annual report due: 2006-05-31 |
| 31 | Change in Status | 06/02/2006 | 06/02/2006 | 06/02/2006 11:44 AM | | Failure to file annual report |
| 32 | postcard notification printed 06/12/2006 to be mailed 07/01/2006 | 06/12/2006 | 06/12/2006 | 06/12/2006 02:43 PM | | failure to file annual report |
| 33 | Change in Name | 03/08/2007 | 03/08/2007 | 03/08/2007 12:46 AM | | Entity name and any active trade names changed due to failure to file annual report |

[ Return to Summary ]

Business Center: 303 894 2200 • Fax: 303 869 4864 • e-mail: sos.business@sos.state.co.us

Search | Contact us | Privacy statement | Terms of use

A Bobby