# EXHIBIT 2

Westlaw.

Page 1

C.R.S.A. § 7-90-903

West's Colorado Revised Statutes Annotated Currentness
  Title 7. Corporations and Associations (Refs & Annos)
    Corporations and Associations
      Article 90. Colorado Corporations and Associations Act (Refs & Annos)
        Part 9. Delinquency--Dissolution Upon Expiration of Term--Notice to Creditors by Enforcement of Claims Against Dissolved Entities (Refs & Annos)
          Subpart 1. Delinquency

### § 7-90-903. Effect of delinquency

(1) A delinquent entity may not maintain a proceeding in any court in this state for the collection of its debts until it has cured its delinquency pursuant to section 7-90-904(1), (2), or (3).

(2) A court may stay a proceeding commenced by an entity until it determines whether the entity is delinquent. If the court determines that the entity is delinquent, it may further stay the proceeding until the entity cures its delinquency pursuant to section 7-90-904. If a delinquent entity cures its delinquency in accordance with section 7-90-904, no proceeding in any court in this state to which such entity is a party shall thereafter be dismissed by reason of that instance of delinquency.

(3) The delinquency of an entity does not terminate the authority of the registered agent of the entity.

(4) The existence of a domestic entity continues notwithstanding its delinquency.

(5) A delinquent domestic entity may be dissolved at any time and by any manner as may be provided or permitted by its constituent documents and organic statutes and, if it has failed to cure its delinquency for three years or more, the delinquent domestic entity may be dissolved pursuant to section 7-90- 908.

CREDIT(S)

Added by Laws 2005, Ch. 275, § 20, eff. Oct. 1, 2005.

LIBRARY REFERENCES

2006 Main Volume

> Corporations 393.
> Westlaw Topic No. 101.
> C.J.S. Corporations § 581.

RESEARCH REFERENCES

2008 Electronic Update

**Treatises and Practice Aids**

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

C.R.S.A. § 7-90-903

1 Colorado Practice Series § 1.89, Foreign Corporations--Declaration of Delinquency.

1 Colorado Practice Series § 1.93, Administrative Delinquency of Corporation and Dissolution of Delinquent Corporations.

1 Colorado Practice Series § 2.34, Limited Liability Partnerships-- Delinquency and Dissolution.

1 Colorado Practice Series § 2.39, Limited Liability Partnerships--Foreign Limited Liability Partnerships--Delinquency.

1 Colorado Practice Series § 3.57, Limited Liability Partnerships-- Delinquency, Dissolution, and Reinstatement.

1 Colorado Practice Series § 3.62, Foreign Limited Liability Partnerships-- Delinquency.

1 Colorado Practice Series § 4.50, Foreign Limited Partnerships-- Delinquency.

1 Colorado Practice Series § 4.59, Domestic Limited Liability Limited Partnerships--Delinquency, Dissolution, and Reinstatement.

1 Colorado Practice Series § 5.47, Dissolution--Delinquency of Domestic LLCs.

1 Colorado Practice Series § 5.54, Foreign LLCs--Service of Process.

1 Colorado Practice Series § 5.55, Foreign LLCs--Delinquency.

C. R. S. A. § 7-90-903, CO ST § 7-90-903

Current through Chapters 2, 4, 8, 12, 13, 18, 19, 21, 29, 40, 41, 43, 45, 53, and 500.

Copr © 2008 Thomson/West

END OF DOCUMENT

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.