IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Halle Properties, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 1338 |
| v. | ) | |
| | ) | Judge Kennelly |
| Englewood Construction, Inc., | ) | Magistrate Judge Mason |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on May 7, 2008 at 9:30 a.m., we shall appear before the Honorable Judge Matthew F. Kennelly in Courtroom 2103 located at the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Defendant's Motion to Dismiss**, a copy of which accompanies this notice.

          **ENGLEWOOD CONSTRUCTION, INC.**

          By: /s/ Christopher J. Petelle
          **One of Its Attorneys**

Edward D. Shapiro (ARDC #6226069)
Lorne T. Saeks (ARDC #6207595)
Christopher J. Petelle (ARDC #6287082)
**MUCH SHELIST DENENBERG AMENT & RUBENSTEIN, P.C.**
191 North Wacker Drive
Suite 1800
Chicago, Illinois 60601
(312) 521-2000

## CERTIFICATE OF SERVICE

I, Christopher J. Petelle, an attorney, certifies that I caused **Defendant's Motion to Dismiss** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following recipients on this 23rd day of April, 2008:

Jonathan L. Mills
Sugar, Friedberg & Felsenthal LLP
30 North LaSalle Street
Suite 3000
Chicago, Illinois 60602
jmills@sff-law.com

/s/ Christopher J. Petelle