**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Halle Properties, L.L.C.
                            Plaintiff,

v.                                          Case No.: 1:08−cv−01338
                                                  Honorable Matthew F. Kennelly

Englewood Construction, Inc.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 7, 2008:

     MINUTE entry before Judge Honorable Matthew F. Kennelly:Status hearing, pursuant to Rule 16(b) held on 5/7/2008 with attorneys for both sides. Response to motion to dismiss is to be filed by 5/28/2008; reply is due by 6/11/2008. Ruling is set to 7/2/2008 at 9:30 AM. Status hearing continued to 7/2/2008 at 09:30 AM. Counsel are to be prepared to set a discovery cutoff date if the motion to dismiss is denied, and to discuss the possibility of settlement. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.