# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Halle Properties, L.L.C.

                              Plaintiff,

v.                                          Case No.: 1:08−cv−01338
                                            Honorable Matthew F. Kennelly

Englewood Construction, Inc.

                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 24, 2008:

        MINUTE entry before the Honorable Matthew F. Kennelly:Motion to dismiss [17] is denied for the reasons stated in open court. Defendant's answer to complaint due by 8/14/2008. Status hearing set for 9/3/2008 at 09:30 AM. Parties are to make settlement demand and offer before the status hearing date. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.