## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Halle Properties, L.L.C.
                                Plaintiff,

v.                                            Case No.: 1:08−cv−01338
                                                    Honorable Matthew F. Kennelly

Englewood Construction, Inc.
                                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing held on 9/3/2008, and continued to 11/6/2008 at 09:30 AM. 26(a)(1) disclosures are due by 9/24/2008. Case to be referred to Magistrate Judge Mason for the purpose of conducting a settlement conference. Discovery is stayed pending settlement conference. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.