**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Halle Properties, L.L.C.
                            Plaintiff,

v.                                               Case No.: 1:08−cv−01338
                                                      Honorable Matthew F. Kennelly

Englewood Construction, Inc.
                            Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Michael T. Mason for the purpose of holding proceedings related to: settlement conference.(or, )

Dated: September 3, 2008

                                                                              /s/ Matthew F. Kennelly

                                                                         United States District Judge