**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division**

Halle Properties, L.L.C.
                              Plaintiff,

v.                            Case No.: 1:08−cv−01338
                              Honorable Matthew F. Kennelly

Englewood Construction, Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 4, 2008:

    MINUTE entry before the Honorable Michael T. Mason: This matter having been referred for settlement conference, an initial status hearing is set for 9/25/08 at 09:00 a.m. in courtroom 2214 for the purpose of setting a settlement conference date. However, parties may confer with one another and contact the courtroom deputy, (312) 435−6051 to schedule a settlement conference in lieu of attending the status hearing. If parties do not contact the courtroom deputy by 9/22/08, the 9/25/08 status hearing will proceed. Mailed notice.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.